# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THYSIAH B. IVY,<br><br>        Plaintiff,<br><br>    vs.<br><br>DAVITA,<br><br>        Defendant. | Case No.: 13-cv-1326 KAW<br><br>ORDER EXTENDING TIME TO FILE AMENDED COMPLAINT |

On April 8, 2013, the Court dismissed Plaintiff's complaint, and granted Plaintiff leave to amend within 30 days. On June 12, 2013, Plaintiff called the Court, and stated that she did not receive the April 8 order. She confirmed that her address on the docket was correct.

Accordingly, it is hereby ORDERED that Plaintiff is given 30 days from the date of this order to comply with the Court's April 8 order.

DATE: June 13, 2013

*Kandis Westmore*
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE